In the Matter of the Estate of E. BRUCE JOHNSON, Deceased. ELEANOR MUELBERGER, Appellant; GENEVIEVE JOHNSON, Respondent.

Submitted January 3, 1950; decided January 10, 1950.

*John H. Munley* and *George J. Meade* for respondent.

*Le Roy G. Edwards* for appellant.

Motion to dismiss denied, with leave to renew upon the argument of the appeal.